Complaint

In June Core civic inc on harding Place came ifected by the scabies, Due to the females being allowed into the facility where i'm being housed. without Even sanatize theme or screening theme for scabies or anything the staff respond to Codes to the females and return to the same units we are in. Core civic inc allows females clothes to be washed with our and not using bleach or anything of that nature. I became infected with the scabies so bad on my hands they bleed from scracthing theme there blisters bettween my finbers it took over Two months to Get me medicine for the scabies it was 6 Pills they stated it was to Provent scabies but i already had theme, my Question is if they Provent scabies why aint they offering it to the females when they first come in off the street They came in the unit staff at Core civic inc and advised Everyone to sighn that we aint ichins so they threaten immates with going to the hole or loss of Good time. This is something this facility Could have Provented and this wouldn't have spread to the coorts and staff or other inmates. This is a Case of dilebertly indifference from medical and Core civic inc. we were locked down for 3 days could Call home for help we was not allowed to Shower, Staff did not Check every inmate to see if they had the scabies

they tryed to make it look good for the cameras
staff and core civic inc did not throw away all
clothes left us with the same ones. and for
this im asking relief from core civic inc Etial
for the amount of $750,000 for Punity, mental, Phycical
emotional abuse, medical will not answer any of my
sick call i told all staff here im still ichins
and i have not recieved any medical treatment
yet.

5115 harding Pl                    Print: Terry Dennis
Nash TN, 37211                     Sighn: Terry Dennis
                                   Date 8-7-17

Terry Deanis
5115 harding pl
Nash TN, 37211

#175933

RECEIVED
IN CLERKS OFFICE

AUG 0 9 2017

U.S. DISTRICT COURT
MID. DIST. TENN.

Legal Mail

NON CENSORED MAIL
FOR THE CIVIL INMATE

NASHVILLE TN 370
FOREVER USA

Bern Swallow

U.S. District court clerk
U.S. Court House Rm 800

Nash TN, 37203